Thomas F. Nowland (SBN 236824)
Daniel A. Brodnax (SBN 266822)
**LAW OFFICES OF THOMAS F. NOWLAND**
20241 SW Birch Street, Suite 203
Newport Beach, California 92660
Tel: (949) 221-0005 ▪ Fax: (949) 221-0003

Attorneys for Defendants FAM MARINE SERVICES, INC. and KONSTANTINOS PAPAGEORGIOU

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ALECIO SHIPPING INC.; FAM MARINE SERVICES, INC.; SHOTON MARITIME, LTD.; SERAFIM SOFIANTIS, an individual; KONSTANTINOS PAPAGEORGIOU, an individual; and UNKNOWN DEFENDANTS 1-10,<br><br>　　　　　　　Defendants. | Case No.: 3:15-cv-00098-EDL<br><br>**IN ADMIRALTY**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' COUNSEL PERMISSION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Assigned to:<br>Hon. Haywood S. Gilliam<br><br>October 27, 2015<br>Courtroom 15, 18th floor<br>2:00 p.m. |

///

///

///

- 1 -

**[PROPOSED] ORDER**

Defendants' Counsel's request to appear by telephone for the Case Management Conference scheduled for October 27, 2015 at 2:00 p.m. is hereby GRANTED.

**IT IS SO ORDERED:**

Dated: October ___13___, 2015

Hon. Haywood S. Gilliam, JR.
U. S. DISTICT COURT JUDGE