UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 15-cv-00098-HSG |
|---|---|
| Plaintiff, | **SCHEDULING ORDER** |
| v. | Re: Dkt. No. 48 |
| ALECIO SHIPPING INC., et al., | |
| Defendants. | |

A case management conference was held on October 21, 2015.  The Court sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Court's Default Deadline** |
|---|---|
| Designation of experts (identification only) | April 13, 2016 |
| Disclosure of rebuttal experts (identification only) | May 15, 2016 |
| Close of Fact Discovery | July 1, 2016 |
| Mediation Deadline | July 1, 2016 |
| Disclosure of Expert Reports | July 15, 2016 |
| Disclosure of Expert Rebuttal Reports | August 5, 2016 |
| Close of Expert Discovery | August 31, 2016 |
| Last Day to Hear Dispositive Motions | September 15, 2016 at 2:00 p.m. |
| Pretrial Conference | November 29, 2016 at 3:00 p.m. |
| Jury Trial | December 12, 2016 at 8:30 a.m. |

1  The parties are directed to review and comply with this Court's Civil Pretrial and Trial
2  Standing Order.
3  **IT IS SO ORDERED.**
4  Dated: 11/9/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge