AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern **District of** California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff (s),<br>V.<br>ALECIO SHIPPING INC., et al.<br>Defendant (s), | **CONSENT ORDER GRANTING**<br>**SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 3:15-cv-00098-HSG |

Notice is hereby given that, subject to approval by the court,   KONSTANTINOS PAPAGEORGIOU   substitutes
(Party (s) Name)

  Joseph A. Walsh II of CLYDE & CO US LLP  , State Bar No.   143694   as counsel of record in place
(Name of New Attorney)

place of   Thomas F. Nowland of LAW OFFICES OF THOMAS F. NOWLAND  .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | CLYDE & CO US LLP |
| Address: | 4675 MacArthur Court, Suite 500, Newport Beach, CA 92660 |
| Telephone: | (949) 346-5700         Facsimile (949) 346-5719 |
| E-Mail (Optional): | joe.walsh@clydeco.us |

I consent to the above substitution.

Date:   July 25 2016

_____
(Signature of Party (s))

I consent to being substituted.

Date:   July 22 2016

/s/ *Thomas F. Nowland*
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:   July 25 2016

_____
(Signature of New Attorney)

The substitution of attorneys hereby approved and so ORDERED.

Date:   8/1/2016

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 4675 MacArthur Court, Suite 500, Newport Beach, CA 92660.

On July 25, 2016, I served true copies of the following document(s) described as **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Clyde & Co US LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Newport Beach, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 25, 2016, at Newport Beach, California.

_____
Nancy Steelman

# SERVICE LIST

Vickey L. Quinn
U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395
P.O. Box 36028
San Francisco, CA 94102
Email: vickey.i.quinn@usdoj.gov

*Attorneys for the **UNITED STATES OF AMERICA***

Thomas F. Nowland
Daniel A. Brodnax
LAW OFFICES OF THOMAS F. NOWLAND
20241 SW Birch Street, Suite 203
Newport Beach, CA 92660
Emails: tom@nowlandlaw.com
dbrodnax@nowlandlaw.com

*Attorneys for **FAM MARINE SERVICES, INC.** and **KONSTANTINOS PAPAGEORGIOU***

CLYDE & CO US LLP
4675 MacArthur Court, Suite 500
Newport Beach, California 92660
Telephone: (949) 346-5700