BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
BRIAN STRETCH
Acting United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge
West Coast Office, Torts Branch, Civil Division
U.S. Department of Justice
VICKEY L. QUINN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395
P.O. Box 36028,
San Francisco, CA  94102
Telephone: (415) 436-6645
Facsimile: (415) 436-6632
E-mail: vickey.l.quinn@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 15-cv-00098-HSG |
| Plaintiff, | |
| vs. | IN ADMIRALTY |
| ALECIO SHIPPING INC.; FAM MARINE SERVICES, INC.; SHOTON MARITIME, LTD; SERAFIM SOFIANTIS, an individual; KONSTANTINOS PAPAGEORGIOU, an individual; and UNKNOWN DEFENDANTS 1-10 | **STIPULATION AND ORDER TO MODIFY THE CASE MANAGEMENT CONFERENCE DATE** |
| Defendants. | |

STIPULATION TO MODIFY THE
CASE MANAGEMENT CONFERENCE DATE    1                    Case No.: 3:15-cv-00098-HSG

The parties to this action (plaintiff UNITED STATES OF AMERICA, defendants FAM MARINE SERVICES, INC., and KONSTANTINOS PAPAGEORGIOU), through their respective attorneys of record, stipulate and agree as follows:

WHEREAS, on August 11, 2016, the Clerk issued a notice (Docket # 77) setting a Case Management Conference for August 16, 2016;

WHEREAS, plaintiff's counsel, R. Michael Underhill and Vickey L. Quinn will be out of state on August 16th on official business and therefore unavailable to appear at the Case Management Conference;

WHEREAS, counsel for the United States has conferred with defense counsel and all parties agree that seeking a short continuance is reasonable and fair to all parties involved and jointly chose alternate dates;

NOW THEREFORE, the parties hereby stipulate and agree as follows:

(1)    The parties request this Court to continue the Case Management Conference to one of the following dates: August 23rd (anytime), August 30th (2:00 p.m. or later), or August 19th (anytime), or order a joint call be placed with the Clerk to select an alternate date.

Date: August 11, 2016       BENJAMIN C. MIZER
                            Principal Deputy Assistant Attorney General
                            BRIAN STRETCH
                            Acting United States Attorney
                            R. MICHAEL UNDERHILL
                            Attorney in Charge
                            West Coast Office, Torts Branch, Civil Division
                            U.S. Department of Justice
                            /s/ Vickey L. Quinn
                            VICKEY L. QUINN
                            Trial Attorney
                            Torts Branch, Civil Division
                            U.S. Department of Justice

                            Attorneys for Plaintiff
                            United States of America

Dated: August 11, 2016

By: _____
Joseph A. Walsh II
Conte C. Cicala
Attorneys for Defendants, FAM MARINE SERVICES, INC. and KONSTANTINOS PAPAGEORGIOU

**ORDER**

**IT IS SO ORDERED**.   FOR GOOD CAUSE APPEARING HEREIN, THE CASE MANAGEMENT CONFERENCE PREVIOUSLY SET FOR AUGUST 16, 2016, HAS BEEN RESET TO August 23, 2016 at 2:00 p.m.

DATED:  August 15, 2016

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge