BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
BRIAN STRETCH
Acting United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge
West Coast Office, Torts Branch, Civil Division
U.S. Department of Justice
VICKEY L. QUINN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395
P.O. Box 36028,
San Francisco, CA  94102
Telephone: (415) 436-6645
Facsimile: (415) 436-6632
E-mail: vickey.l.quinn@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 15-cv-00098-HSG |
| Plaintiff, | |
| vs. | IN ADMIRALTY |
| ALECIO SHIPPING INC.; FAM MARINE SERVICES, INC.; SHOTON MARITIME, LTD; SERAFIM SOFIANTIS, an individual; KONSTANTINOS PAPAGEORGIOU, an individual; and UNKNOWN DEFENDANTS 1-10 | **STIPULATION AND ORDER SETTING INTERIM DEADLINES** |
| Defendants. | |

Pursuant to the Court's order dated October 4, 2016 (Docket # 83), the parties to this action (plaintiff UNITED STATES OF AMERICA, defendants ALECIO SHIPPING INC., FAM MARINE SERVICES, INC., and KONSTANTINOS PAPAGEORGIOU), through their respective attorneys of record, stipulate and agree as to the following deadlines.

NOW THEREFORE, the parties hereby stipulate and agree as follows:

(1) Defendants will complete and sign (under penalty of perjury) the appropriate Financial Statement of Corporate Debtor or Financial Statement of Debtor forms and identify and produce the documents requested by these forms to the United States by November 7, 2016;

(2) The DOJ Commercial Litigation support group will review the forms (step 1) for completeness and may make additional requests for information. Defendants will supply any additional information by November 30, 2016;

(3) Defendants will each estimate their ability to pay portions of the approximately 4.5 million dollars owed to the United States by reporting these amounts to the Commercial Litigation support group contact by December 2, 2016;

(4) The DOJ Commercial Litigation support group will conduct an analysis of the amounts reported in Step 3 above and report by December 23, 2016;

(5) The parties agree to mediate on January 10, 2017; and

(6) The parties will file a status report with the Court by January 17, 2017.

///

///

///

///

STIPULATION SETTING INTERIM
DEADLINES                       2                    Case No.: 3:15-cv-00098-HSG

Date: October 11, 2016

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
BRIAN STRETCH
Acting United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge
West Coast Office, Torts Branch, Civil Division
U.S. Department of Justice


/s/ Vickey L. Quinn
VICKEY L. QUINN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Plaintiff
United States of America

Dated:  October 11, 2016


By:  /s/ Joseph A. Walsh II
Joseph A. Walsh II
Conte C. Cicala
Attorneys for Defendants, FAM MARINE SERVICES, INC. and KONSTANTINOS PAPAGEORGIOU


## CERTIFICATION OF SIGNATURES

I attest that the content of the document is acceptable to all persons required to sign the document.

s/Vickey L. Quinn
VICKEY L. QUINN

STIPULATION SETTING INTERIM DEADLINES             3             Case No.: 3:15-cv-00098-HSG

**ORDER**

**IT IS SO ORDERED**.  FOR GOOD CAUSE APPEARING HEREIN, THE ACTIONS AND DEADLINES OUTLINED IN THE STIPULATION HAVE BEEN ADOPTED BY THE COURT.

DATED:  October 12, 2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge