CHAD A. READLER
Acting Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge
West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
VICKEY L. QUINN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395
P.O. Box 36028
San Francisco, CA  94102
Telephone: (415) 436-6645
Facsimile: (415) 436-6632
E-mail: vickey.l.quinn@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>ALECIO SHIPPING INC.; FAM MARINE SERVICES, INC.; SHOTON MARITIME, LTD; SERAFIM SOFIANTIS, an individual; KONSTANTINOS PAPAGEORGIOU, an individual; and UNKNOWN DEFENDANTS 1-10,<br><br>    Defendants. | Case No.: 15-cv-00098-HSG<br><br>IN ADMIRALTY<br><br>ENTRY OF DEFAULT JUDGMENT IN A SUM CERTAIN BY THE CLERK OF THE COURT AGAINST DEFENDANTS ALECIO SHIPPING INC. AND SHOTON MARITIME, LTD.<br>(FRCP 55(b)(1)) |

ENTRY OF DEFAULT JUDGMENT (FRCP 55(b)(1))    1            Case No.: 15-cv-00098-HSG

WHEREFORE, Entry of Defaults by the Clerk of the Court pursuant to Fed. R. Civ. P. 55(a) were entered against defendants Alecio Shipping Inc. and Shoton Maritime, Ltd., on November 3, 2015;

WHEREFORE, plaintiff United States of America has requested entry of DEFAULT JUDGMENT in a sum certain by the Clerk of the Court pursuant to Fed. R. Civ. P. 55(b)(1), and the United States has supported said request with a Declaration and Exhibits establishing the sum certain amount of the DEFAULT JUDGMENT;

WHEREFORE, said defendants are corporate entities and thus are neither minors nor incompetents within the meaning of Fed. R. Civ. P. 55(b)(1), now, therefore,

DEFAULT JUDGMENT in the sum certain of $4,429,039.17 is hereby entered in favor of plaintiff United States of America and against defendants Alecio Shipping Inc., and Shoton Maritime, Ltd.

Executed on ____21 February_____, 2017.



*Susan Y. Soong*

R. C. Aantn

Clerk of Court for the
Northern District of California